**Fill in this Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Valley Copper & Fiber, Inc. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Virginia

Case Number: 02-00545

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
NOV 30 2020
By _____ JWR
DEPUTY CLERK

**TNWB LBF 1340 (01/20)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $2,431.99 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Virginia
255 West Main Street, Room 130
Charlottesville, VA 22902

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 24, 2020

_[signature]_

Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>November 24, 2020</u> was subscribed and sworn to before me this <u>24th</u> day of <u>November</u>, 20<u>20</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public: _[signature]_
                    Matthew Zettley

My commission expires: <u>February 19, 2022</u>

(SEAL)
MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public _____

My commission expires:

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed or emailed to:

| | |
|---|---|
| United States Attorney for Western District of Virginia | 255 West Main Street, Room 130<br>Charlottesville, VA 22902 |
| Debtor's Name and Address: | Valley Copper & Fiber, Inc.<br>190 ROBINHOOD CIR<br>WINCHESTER, VA 22603 |
| Debtor's Attorney's Name and Address: | Kay Adrian<br>adrianvondy@comcast.net |
| Original Creditor's Name and Address: | Dawn Robinson<br>8064 Ridgeglen Circle West<br>Lakeland, FL  33809 |

Names and addresses of all other parties served:

Date: <u>November 24, 2020</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the claimant, Dawn Robinson.

Dawn Robinson has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: <u>November 24, 2020</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

UNITED STATES BANKRUPTCY COURT
Western District of Virginia

RE:                                              )
                                                 )   Case No. 02-00545
Valley Copper & Fiber, Inc.                      )
                                                 )   Chapter - 7
                        Debtor(s)                )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application and supporting documentation was filed in the above-captioned case for Claimant(s), Dawn Robinson. Requesting payment of unclaimed funds deposited with the court pursuant to 28 U.S.C. §347(a). The application and supporting documentation establish Claimant(s) entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. § 2042,

IT IS ORDERED that the Clerk of the bankruptcy court pay the sum of $2,431.99 held in unclaimed funds to the order of Dilks & Knopik, LLC as assignee to Dawn Robinson and mail such payment to the following:

35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order

**End of ORDER**
**No Service List Requested**

Prepared by
Brian Dilks for Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065